## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re:  FERRARINI, LARRY MICHAEL | § | Case No. 09-71195 |
|        FERRARINI, JILL CINDY | § | |
| | § | |
| Debtor(s)  HENCE, JILL C | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 02/23/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____    By: ____/s/ STEPHEN G. BALSLEY_____
                                                                                                    Trustee

STEPHEN G. BALSLEY  
6833 STALTER DRIVE  
ROCKFORD, IL  61108  
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: FERRARINI, LARRY MICHAEL | § | Case No. 09-71195 |
| FERRARINI, JILL CINDY | § | |
| | § | |
| Debtor(s) HENCE, JILL C | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,000.17 |
| *and approved disbursements of* | $ 7,469.35 |
| *leaving a balance on hand of* [1] | $ 17,530.82 |
| **Balance on hand:** | $ 17,530.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 17,530.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 3,250.00 | 0.00 | 3,250.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,959.00 | 0.00 | 3,959.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 22.75 | 0.00 | 22.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,231.75 |
| Remaining balance: | $ 10,299.07 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $          0.00
Remaining balance:                                           $     10,299.07

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $          0.00
Remaining balance:                     $     10,299.07

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 108,883.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 12,993.39 | 0.00 | 1,229.02 |
| 2 | PYOD LLC its successors and assigns as assignee of | 14,662.88 | 0.00 | 1,386.94 |
| 3 | DISCOVER BANK | 16,268.80 | 0.00 | 1,538.83 |
| 4 | CHASE BANK USA | 4,021.25 | 0.00 | 380.36 |
| 5 | CHASE BANK USA | 15,626.79 | 0.00 | 1,478.10 |
| 6 | American Express Bank FSB | 3,658.06 | 0.00 | 346.01 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 3,424.81 | 0.00 | 323.94 |
| 8 | American Express Centurion Bank | 7,983.96 | 0.00 | 755.18 |
| 9 | Chase Bank USA,N.A | 142.01 | 0.00 | 13.43 |
| 10 | FIA CARD SERVICES, NA/BANK OF | 5,754.32 | 0.00 | 544.29 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| | AMERICA | | | |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 23,885.01 | 0.00 | 2,259.23 |
| 12 | Recovery Management Systems Corporation | 462.45 | 0.00 | 43.74 |

| | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $  10,299.07 |
| Remaining balance: | $  0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $  0.00 |
| Remaining balance: | $  0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---:|
| Total to be paid for subordinated claims: | $  0.00 |
| Remaining balance: | $  0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez               Page 1 of 2                   Date Rcvd: Feb 03, 2011
Case: 09-71195                Form ID: pdf006             Total Noticed: 54

The following entities were noticed by first class mail on Feb 05, 2011.
db/jdb       +Larry Michael Ferrarini,    Jill Cindy Ferrarini,    2106 Serenity Lane,    Woodstock, IL 60098-7017
aty          +Erick J Bohlman,    Bohlman Law Offices, PC,    780 McArdle Dr.,    Unit F,
               Crystal Lake, IL 60014-8155
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
13701720     +ADT Security Services, Inc.,    PO Box 551200,    Jacksonville, FL 32255-1200
13701721     +Advocate Good Shepherd Hospital,    450 West Highway 22,    Barrington, IL 60010-1999
13701722     +Advocate Luthran General Hospital,    1775 W. Dempster,    Park Ridge, IL 60068-1174
13701723     +Advocate Medical Group,    701 Lee Street,    Des Plaines, IL 60016-4539
13701724     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14072901      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14077238      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13701726     +Amr Eagle Bk,    556 Randall Road,    South Elgin, IL 60177-3315
13701727     +Bac / Fleet Bankcard,    Po Box 26012,    Greensboro, NC 27420-6012
13701728     +Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
13701729     +Bank Of America,    Nc4-105-03-14,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
13701730     +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Drive,    Suite 400,    Chicago, IL 60606-4440
14073529    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,    NORCROSS, GA 30091)
13701731    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
14017134     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13701732     +Centegra Health System,    Centegra Hospital - Woodstock,    3701 Doty Road,
               Woodstock, IL 60098-7509
13701733     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
13701734     +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
14110589     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
13701735     +Chase Manhattan Mtg,    G7-Pp,    3415 Vision Dr.,    Columbus, OH 43219-6009
13701736     +Chicago Women's Health Group,    211 W Chicago Avenue, Suite 1200,    Chicago, IL 60654
13701738     +Encore Receivable Management,    400 N. Rogers Road,    PO Box 3330,    Olathe, KS 66063-3330
13701739     +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
               Houston, TX 77081-1108
13701741     +Global Credit & Collectioncorp,    PO Box 101928, Dept. 2417,    Birmingham, AL 35210-6928
13701742     +Grace Medical Center, SC,    2250 W Algonquin Road,    Lake In The Hills, IL 60156-1289
13701743      Home Depot Credit Services,    P.O. Box 9100,    Des Moines, IA 50368-9100
13701744     +Homesheild Pest Control,    1815 Wallace Avenue, #302,    Saint Charles, IL 60174-3421
13701748      MHS Physician Services,    PO Box 5081,    Janesville, WI 53547-5081
13701747     +Medical Recovery Specialists, Inc.,    2250 E. Devon Avenue, Ste. 352,
               Des Plaines, IL 60018-4519
13701749     +Michael D. Fine,    131 South Dearborn Street,    Floor 5,    Chicago, IL 60603-5571
13701750     +Miramed Revenue Group,    Dept. 77304,    PO Box 77000,    Detroit, MI 48277-2000
13701752     +NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
13701754     +Northwestern Med. Faculty Found.,    680 North Lake Shore Dr., Ste 1000,    Chicago, IL 60611-3092
13701755     +Northwestern Memorial Hospital,    251 East Huron Street,    Chicago, IL 60611-3232
13701756     +Orleans County Treasurer,    3665 Clarendon Rd.,    Albion, NY 14411-9542
13925219     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13701757     +Quest Diagnostics,    1355 Mittel Boulevard,    Wood Dale, IL 60191-1024
13701758     +Streeterville Pediatrics,    233 East Erie Street, Suite 304,    Chicago, IL 60611-5937
13701759     +Suntrust Mortgage/cc 5,    Attention: RVW3034,    1001 Semmes Ave,    Richmond, VA 23224-2245
13701760     +Tri-County ER Physicians,    PO Box 369,    Barrington, IL 60011-0369
13701762    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
               Cincinnati, OH 45201)
13701761     +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507

The following entities were noticed by electronic transmission on Feb 03, 2011.
13701725       E-mail/Text: ebnbankruptcy@ahm.honda.com                            American Honda Finance,
               Po Box 168088,    Irving, TX 75016
13918699       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2011 01:45:43      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
13701737     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2011 01:45:47      Discover Fin Svcs Llc,
               Po Box15316,    Wilmington, DE 19850-5316
14293049       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2011 01:43:58
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK   73124-8809
13701740     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2011 01:50:51      GEMB / HH Gregg,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
13701745     +E-mail/Text: info@jawpc.net                           James A. West, P.C.,
               6380 Rogerdale Road, Suite 130,    Houston, TX 77072-1647
13701746     +E-mail/PDF: cr-bankruptcy@kohls.com Feb 04 2011 01:44:42      Kohls,    Attn: Recovery,
               Po Box 3120,    Milwaukee, WI 53201-3120
13701753     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
14296535     +E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2011 01:51:01
               Recovery Management Systems Corporation,    For GE Money Bank,    dba DISCOUNT TIRE/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 9
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Feb 03, 2011
Case: 09-71195                Form ID: pdf006            Total Noticed: 54

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13701751         Nbgl-carsons
aty*            +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                  Rockford, IL 61108-2579
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2011**              **Signature:**    _Joseph Speetjens_