# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: FERRARINI, LARRY MICHAEL | § | Case No. 09-71195 |
| FERRARINI, JILL CINDY | § | |
| | § | |
| Debtor(s) HENCE, JILL C | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $278,835.00                   Assets Exempt:  $43,825.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,299.32         Claims Discharged
                                                    Without Payment: $126,619.41

Total Expenses of Administration: $14,701.10

3) Total gross receipts of $   25,000.42    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00     (see **Exhibit 2** ), yielded net receipts of $25,000.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $279,763.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,701.10 | 14,701.10 | 14,701.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 135,715.00 | 108,883.73 | 108,883.73 | 10,299.32 |
| **TOTAL DISBURSEMENTS** | $415,478.00 | $123,584.83 | $123,584.83 | $25,000.42 |

4) This case was originally filed under Chapter 7 on March 26, 2009. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/24/2011            By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 0 Town Line Rd., Albion, New | 1110-000 | 25,000.00 |
| Interest Income | 1270-000 | 0.42 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.42** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Orleans County Treasurer | 4110-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Amr Eagle Bk | 4110-000 | 9,349.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 48,936.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mtg | 4110-000 | 220,578.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$279,763.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,959.00 | 3,959.00 | 3,959.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 22.75 | 22.75 | 22.75 |
| Jason C. Lamb | 2500-000 | N/A | 3,712.28 | 3,712.28 | 3,712.28 |
| Jason C. Lamb | 3510-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Jason C. Lamb | 2500-000 | N/A | 55.00 | 55.00 | 55.00 |
| Jason C. Lamb | 2500-000 | N/A | 250.00 | 250.00 | 250.00 |
| Jason C. Lamb | 2500-000 | N/A | 85.00 | 85.00 | 85.00 |
| Jason C. Lamb | 2500-000 | N/A | 762.07 | 762.07 | 762.07 |
| Jason C. Lamb | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Jason C. Lamb | 2500-000 | N/A | 5.00 | 5.00 | 5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 14,701.10 | 14,701.10 | 14,701.10 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 12,669.00 | 12,993.39 | 12,993.39 | 1,229.06 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 14,662.00 | 14,662.88 | 14,662.88 | 1,386.96 |
| 3 | DISCOVER BANK | 7100-000 | 16,268.00 | 16,268.80 | 16,268.80 | 1,538.87 |
| 4 | CHASE BANK USA | 7100-000 | 4,021.00 | 4,021.25 | 4,021.25 | 380.37 |
| 5 | CHASE BANK USA | 7100-000 | 15,626.00 | 15,626.79 | 15,626.79 | 1,478.14 |
| 6 | American Express Bank FSB | 7100-000 | 2,963.00 | 3,658.06 | 3,658.06 | 346.02 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 3,326.00 | 3,424.81 | 3,424.81 | 323.95 |
| 8 | American Express Centurion Bank | 7100-000 | 7,983.00 | 7,983.96 | 7,983.96 | 755.20 |
| 9 | Chase Bank USA,N.A | 7100-000 | 110.00 | 142.01 | 142.01 | 13.43 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 5,754.00 | 5,754.32 | 5,754.32 | 544.30 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 23,885.00 | 23,885.01 | 23,885.01 | 2,259.28 |
| 12 | Recovery Management Systems Corporation | 7100-000 | 413.00 | 462.45 | 462.45 | 43.74 |
| NOTFILED | Nbgl-carsons | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | Grace Medical Center, SC | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Homesheild Pest Control | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 1,487.00 | N/A | N/A | 0.00 |
| NOTFILED | MHS Physician Services | 7100-000 | 61.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 758.00 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust Mortgage/cc 5 | 7100-000 | 3,020.00 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust Mortgage/cc 5 | 7100-000 | 18,465.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-County ER Physicians | 7100-000 | 16.00 | N/A | N/A | 0.00 |
| NOTFILED | Streeterville Pediatrics | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/na Nd | 7100-000 | 1,856.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 71.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Med. Faculty Found. | 7100-000 | 24.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Med. Faculty Found. | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Memorial Hospital | 7100-000 | 511.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Women's Health Group | 7100-000 | 334.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Memorial Hospital | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 52.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Advocate Luthran General Hospital | 7100-000 | 104.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Group | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services, Inc. | 7100-000 | 203.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System Centegra Hospital – | 7100-000 | 23.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 135,715.00 | 108,883.73 | 108,883.73 | 10,299.32 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-71195 | Trustee:    (330410)    STEPHEN G. BALSLEY |
| Case Name:    FERRARINI, LARRY MICHAEL | Filed (f) or Converted (c): 03/26/09 (f) |
|                    FERRARINI, JILL CINDY | §341(a) Meeting Date:    05/06/09 |
| Period Ending: 06/24/11 | Claims Bar Date:    08/12/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1    2106 Serenity Lane, Woodstock, | 234,000.00 | 0.00 | DA | 0.00 | FA |
| 2    0 Town Line Rd., Albion, New | 25,000.00 | 25,000.00 | DA | 25,000.00 | FA |
| 3    Cash with debtors | 50.00 | 0.00 | DA | 0.00 | FA |
| 4    Checking account with JP Morgan Chase Bank, Wood | 100.00 | 0.00 | DA | 0.00 | FA |
| 5    Checking account with JP Morgan Chase Bank, Wood | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 6    Checking account with Bank of America, Woodstock | 100.00 | 0.00 | DA | 0.00 | FA |
| 7    Checking account with Bank of America, Woodstock | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 8    Checking account with National City Bank, Algonq | 10.00 | 0.00 | DA | 0.00 | FA |
| 9    Misc. household goods with debtors | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10    Misc. books and CD's with debtors | 25.00 | 0.00 | DA | 0.00 | FA |
| 11    Misc. clothes with debtors | 100.00 | 0.00 | DA | 0.00 | FA |
| 12    Misc. jewelry with debtors | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 13    Term life insurance with Northwestern Mutual, Mi | 0.00 | 0.00 | DA | 0.00 | FA |
| 14    Term life insurance with Northwestern Mutual, Mi | 0.00 | 0.00 | DA | 0.00 | FA |
| 15    401k with Fidelity Investments, Boston, MA | 5,700.00 | 0.00 | DA | 0.00 | FA |
| 16    2006 Ford Taurus with 61,000 miles | 5,050.00 | 0.00 | DA | 0.00 | FA |
| Int    INTEREST  (u) | Unknown | N/A | | 0.42 | FA |
| 17    Assets    Totals (Excluding unknown values) | $278,835.00 | $25,000.00 | | $25,000.42 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2010    Current Projected Date Of Final Report (TFR):    December 9, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-71195 |
| **Case Name:** | FERRARINI, LARRY MICHAEL |
| | FERRARINI, JILL CINDY |
| **Taxpayer ID #:** | **-***2115 |
| **Period Ending:** | 06/24/11 |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******34-65 - Money Market Account |
| **Blanket Bond:** | $373,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/23/10 | | Jason C. Lamb | Proceeds from Sale of Real Estate | | | 17,530.65 | | 17,530.65 |
| | {2} | | Gross proceeds from sale of real estate | 25,000.00 | 1110-000 | | | 17,530.65 |
| | | | Oswego County Treasurer Property Taxes | -3,712.28 | 2500-000 | | | 17,530.65 |
| | | | Freedom Real Estate Commission | -2,500.00 | 3510-000 | | | 17,530.65 |
| | | | Deed Expenses | -55.00 | 2500-000 | | | 17,530.65 |
| | | | RP-2517 Tax | -250.00 | 2500-000 | | | 17,530.65 |
| | | | Abstract Continuation Expenses | -85.00 | 2500-000 | | | 17,530.65 |
| | | | APW School Tax | -762.07 | 2500-000 | | | 17,530.65 |
| | | | Tax & Stamps | -100.00 | 2500-000 | | | 17,530.65 |
| | | | TP-584 Tax | -5.00 | 2500-000 | | | 17,530.65 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.03 | | 17,530.68 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.14 | | 17,530.82 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.14 | | 17,530.96 |
| 02/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | | 1270-000 | 0.11 | | 17,531.07 |
| 02/23/11 | | To Account #9200******3466 | Transfer funds from MMA to checking account | | 9999-000 | | 17,531.07 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 17,531.07 | 17,531.07 | $0.00 |
| Less: Bank Transfers | | 0.00 | 17,531.07 | |
| **Subtotal** | | **17,531.07** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$17,531.07** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-71195 | |
| **Case Name:** | FERRARINI, LARRY MICHAEL | |
| | FERRARINI, JILL CINDY | |
| **Taxpayer ID #:** | **-***2115 | |
| **Period Ending:** | 06/24/11 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******34-66 - Checking Account |
| **Blanket Bond:** | $373,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/11 | | From Account #9200******3465 | Transfer funds from MMA to checking account | 9999-000 | 17,531.07 | | 17,531.07 |
| 02/23/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,959.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,959.00 | 13,572.07 |
| 02/23/11 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $22.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 22.75 | 13,549.32 |
| 02/23/11 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $3,250.00, Trustee Compensation; Reference: | 2100-000 | | 3,250.00 | 10,299.32 |
| 02/23/11 | 104 | DISCOVER BANK | Dividend paid 9.45% on $12,993.39; Claim# 1; Filed: $12,993.39; Reference: | 7100-000 | | 1,229.06 | 9,070.26 |
| 02/23/11 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 9.45% on $14,662.88; Claim# 2; Filed: $14,662.88; Reference: | 7100-000 | | 1,386.96 | 7,683.30 |
| 02/23/11 | 106 | DISCOVER BANK | Dividend paid 9.45% on $16,268.80; Claim# 3; Filed: $16,268.80; Reference: | 7100-000 | | 1,538.87 | 6,144.43 |
| 02/23/11 | 107 | CHASE BANK USA | Dividend paid 9.45% on $4,021.25; Claim# 4; Filed: $4,021.25; Reference: | 7100-000 | | 380.37 | 5,764.06 |
| 02/23/11 | 108 | CHASE BANK USA | Dividend paid 9.45% on $15,626.79; Claim# 5; Filed: $15,626.79; Reference: | 7100-000 | | 1,478.14 | 4,285.92 |
| 02/23/11 | 109 | American Express Bank FSB | Dividend paid 9.45% on $3,658.06; Claim# 6; Filed: $3,658.06; Reference: | 7100-000 | | 346.02 | 3,939.90 |
| 02/23/11 | 110 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 9.45% on $3,424.81; Claim# 7; Filed: $3,424.81; Reference: | 7100-000 | | 323.95 | 3,615.95 |
| 02/23/11 | 111 | American Express Centurion Bank | Dividend paid 9.45% on $7,983.96; Claim# 8; Filed: $7,983.96; Reference: | 7100-000 | | 755.20 | 2,860.75 |
| 02/23/11 | 112 | Chase Bank USA,N.A | Dividend paid 9.45% on $142.01; Claim# 9; Filed: $142.01; Reference: | 7100-000 | | 13.43 | 2,847.32 |
| 02/23/11 | 113 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 9.45% on $5,754.32; Claim# 10; Filed: $5,754.32; Reference: | 7100-000 | | 544.30 | 2,303.02 |
| 02/23/11 | 114 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 9.45% on $23,885.01; Claim# 11; Filed: $23,885.01; Reference: | 7100-000 | | 2,259.28 | 43.74 |
| 02/23/11 | 115 | Recovery Management Systems Corporation | Dividend paid 9.45% on $462.45; Claim# 12; Filed: $462.45; Reference: | 7100-000 | | 43.74 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 17,531.07 | 17,531.07 | $0.00 |
| Less: Bank Transfers | | 17,531.07 | 0.00 | |
| **Subtotal** | | 0.00 | 17,531.07 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $17,531.07 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-71195 |
| **Case Name:** | FERRARINI, LARRY MICHAEL |
| | FERRARINI, JILL CINDY |
| **Taxpayer ID #:** | **-***2115 |
| **Period Ending:** | 06/24/11 |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******34-66 - Checking Account |
| **Blanket Bond:** | $373,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******34-65** | 17,531.07 | 0.00 | 0.00 |
| **Checking # 9200-******34-66** | 0.00 | 17,531.07 | 0.00 |
| | $17,531.07 | $17,531.07 | $0.00 |